# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0436

VERSUS

KEVIN MONTGOMERY

**JULY 22, 2024**

---

In Re:    Kevin Montgomery, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 803972.

---

**BEFORE:    HESTER, MILLER, AND GREENE, JJ.**

   **WRIT DENIED.**

                                        **CHH**
                                        **SMM**
                                        **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT